UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY WILLIAM HAWLEY,

    Petitioner,

v.

SCOTT MCEWEN, Warden,

    Respondent.

_____/

No. C 12-5101 PJH

**ORDER LIFTING STAY, REOPENING CASE, AND RENEWING ORDER TO SHOW CAUSE**

On February 8, 2013, the court issued an order staying the case to allow petitioner Timothy William Hawley to exhaust his unexhausted claim in the state supreme court. On April 2, 2013, petitioner's counsel filed a notice that the supreme court issued an order on March 27, 2013, denying the habeas petition. Accordingly, the court hereby lifts the stay, administratively re-opens the case, and renews the order to show cause entered on October 22, 2012.

**IT IS SO ORDERED.**

Dated: April 9, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge